IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JPMCC 2007-CIBC19 FRANCES WAY, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:12-cv-01232-M |
| BARRY S. NUSSBAUM, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, JPMCC 2007-CIBC19 Frances Way, LLC and Barry S. Nussbaum submit this Joint Stipulation of Dismissal Without Prejudice.

1. The parties hereby stipulate that all claims and causes of action asserted in this matter are dismissed without prejudice.

2. All costs, expenses, and attorneys' fees shall be borne by the party initially incurring the same.

Respectfully submitted,

**WINSTEAD PC**

By: /s/ *Deanna E. Caldwell*_____
    Brian T. Morris
    State Bar No. 14469600
    Deanna E. Caldwell
    State Bar No. 24069455

    500 Winstead Building
    2728 N. Harwood Street
    Dallas, Texas  75201
    (214) 745-5400 (Telephone)
    (214) 745-5390 (Fax)
    bmorris@winstead.com
    dcaldwell@winstead.com

**ATTORNEYS FOR PLAINTIFF**
**JPMCC 2007-CIBC19 FRANCES WAY, LLC**

**TRIBBLE, ROSS & WAGNER**

By:   /s/ *Jeremy D. Saenz*
    Jeremy D. Saenz
    State Bar No. 24033028
    Tribble, Ross & Wagner
    3355 West Alabama Street
    Suite 1200
    Houston, Texas 77098
    (713) 622-0444 (Telephone)
    (713) 622-0555 (Fax)
    jsaenz@tribblelawfirm.com

**ATTORNEYS FOR DEFENDANT**
**BARRY S. NUSSBAUM**